IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| TITAN NUTRITION, LLC d/b/a ) | |
| DRIVEN NUTRITION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16-03210-CV-S-RK |
| v. ) | |
| ) | |
| DRIVEN PERFORMANCE ) | |
| LABS, LP, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Before the Court is the Joint Motion for Order of Dismissal (doc. 30). This case has been settled by the parties by execution of a confidential Settlement Agreement (doc. 31) requiring future compliance with certain terms of the Settlement Agreement. The parties have requested the Court retain jurisdiction to enforce those terms.

Accordingly, the Joint Motion for Order of Dismissal (doc. 30) is **GRANTED** and this case is dismissed. However, the Court retains jurisdiction to enforce the terms of the Settlement Agreement.

Due to the confidential nature of the Settlement Agreement, it is attached to this Order of Dismissal as an exhibit, and the exhibit shall be sealed by the Clerk.

Each party shall bear its/his/her own costs and attorney fees herein incurred.

**IT IS SO ORDERED.**

                                                 s/ Roseann A. Ketchmark
                                                 ROSEANN A. KETCHMARK, JUDGE
                                                 UNITED STATES DISTRICT COURT

DATED: May 24, 2017